UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Laurens County Health Care System and ) | C/A No.: 6:07-cv-3835 |
| Richard E. D'Alberto, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | (Written Opinion) |
| ) | |
| Quorum Health Resources, LLC et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter comes before the court on the plaintiffs' Motion for an Expedited Hearing and to Bifurcate their declaratory judgment action from the other pending cross- and counter- claims. Given the time sensitive nature of the declaratory judgment action, this Court will grant the plaintiffs' Motion for an Expedited hearing; however, given the common questions of law between the plaintiffs' declaratory judgment action and the defendant's preliminary injunction—the validity of the non-compete and no hire clauses—this Court denies the plaintiffs' motion to bifurcate. This Court finds that It is in the best interests of judicial economy to hear all outstanding motions at the same time.

IT IS THEREFORE SO ORDERED THAT the plaintiffs' motion for an expedited hearing be GRANTED and the plaintiffs' motion for bifurcation be DENIED; the parties will argue the merits of the plaintiffs' declaratory judgment action, the defendant's preliminary injunction, and the third-party defendants' motion to dismiss at 9:30 AM

ON JANUARY 23, 2008, AT THE G. ROSS ANDERSON JR. FEDERAL BUILDING AND UNITED STATES COURTHOUSE AT 315 S. MCDUFFIE STREET, ANDERSON, SOUTH CAROLINA, 29624.

    IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

January 7, 2008
Anderson, South Carolina